UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH VAN DAM, | ) |
|       Plaintiff, | ) |
| v. | ) Docket no. 1:22-cv-00271-GZS |
| MAINE STATE PRISON, et al., | ) |
|       Defendants. | ) |

## ORDER ADOPTING RECOMMENDED DECISION

On November 3, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 4). No objections have been filed, nor has Plaintiff taken any steps to comply with or respond to any of the Court's prior orders . The Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order.

It is therefore **ORDERED** that:

1. This Recommended Decision is hereby **ADOPTED**.
2. The Complaint is hereby **DISMISSED** for failure to prosecute as well as failure to comply with the Court's orders.

SO ORDERED.

                                                        /s/ George Z. Singal
                                                        United States District Judge

Dated this 29th day of November, 2022.